UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY LEMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:20-cv-00760-JRS-TAB |
| v. | ) |
| | ) |
| ANTHONY WATTS and SWIFT | ) |
| TRANSPORTATION CO. | ) |
| | ) |
| Defendants. | ) |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and among the parties, by counsel, that the above-captioned action be dismissed, with prejudice, each side bearing its own costs.

        KEN NUNN LAW OFFICE


        By:    s/Nathan D. Foushee
               Nathan D. Foushee, 24885-49
               KEN NUNN LAW OFFICE
               104 Franklin Road
               Bloomington, IN 47404
               Attorney for Plaintiff

        LEWIS WAGNER, LLP


        By:    s/Lesley Pfleging
               Lesley Pfleging, 26857-49
               Lewis Wagner, LLP
               501 Indiana Avenue, Suite 200
               Indianapolis, IN  46202
               Attorney for Defendants