UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY LEMONS, | ) |
| Plaintiff, | ) ) ) CASE NO.: 1:20-cv-00760-JRS-TAB |
| v. | ) ) |
| ANTHONY WATTS and SWIFT TRANSPORTATION CO. | ) ) ) |
| Defendants. | ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The parties having so stipulated, IT IS ORDERED that the above-captioned action is dismissed, with prejudice, each side bearing its own costs.

SO ORDERED.

Date: 11/25/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Nathan D. Foushee
NateF@KenNunn.com

Lesley Pfleging
lpfleging@lewiswagner.com